## 9004. HARBIN v. FLANNIGAN.

BLOODWORTH, J. 1. The reference in the brief of counsel for the plaintiff in error to the grounds of the amendment to the motion for a new trial does not amount to an argument, and these grounds will be treated as abandoned. *Mills* v. *State*, 19 *Ga. App.* 623 (1), 624 (91 S. E. 918), and cases cited; *Laffitte* v. *State*, 105 *Ga.* 595 (1), 596 (31 S. E. 540); *Moss* v. *Bohanon*, 111 *Ga.* 871 (36 S. E. 954).

2. There is evidence to support the verdict, which has the approval of the trial judge, and this court will not interfere.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED MARCH 13, 1918.

Action for damages; from Cherokee superior court—Judge J. B. Jones presiding. June 9, 1917.

That part of the brief of counsel for the plaintiff in error to which the decision refers is as follows: "Counsel insists the various excerpts excepted to in the amended motion were prejudicial to plaintiff in error; and also insists the evidence of Miss Nina Axley should not have gone to the jury, as she did not qualify as an expert."

*Herbert Clay, W. D. Mills,* for plaintiff in error.

*Howell Brooke, Fred. Morris,* contra.

---

## 9014. KELLEY v. WILLIAMS.

BLOODWORTH, J. 1. The court did not err in striking the plea in this case, and the verdict rendered was proper.

2. The request of the defendant in error that the statutory damages of 10 per cent. be awarded him against the plaintiff in error, for bringing the case to this court for delay only, is granted.

*Judgment affirmed, with damages. Broyles, P. J., and Harwell, J., concur.*

DECIDED MARCH 13, 1918.

Complaint; from city court of Atlanta—Judge Reid. April 16, 1917.

*A. E. Wilson,* for plaintiff in error.

*J. S. Slicer, W. T. Moyers,* contra.